**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Paul Ryan Abrazaldo Adovas <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9054 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Jane Erika Rojo Adovas <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3284 <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    19–29210–JNP

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul Ryan Abrazaldo Adovas
aka Paul RyanAbrazaldo Adovas

Jane Erika Rojo Adovas
aka Janeerika Rojo, aka Jane Erika Rojo, aka Janeerika R Adovas

1/15/25

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Paul Ryan Abrazaldo Adovas  
Jane Erika Rojo Adovas  
    Debtors

Case No. 19-29210-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jan 15, 2025     Form ID: 3180W     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | | Paul Ryan Abrazaldo Adovas, Jane Erika Rojo Adovas, 387 Tarpy Drive, Woodbury, NJ 08096-6039 |
| aty | + | Matthew Fissell, Brock & Scott, PLLC, 302 Fellowship Road, Mount Laurel,, NJ 08054-1218 |
| cr | + | FREEDOM MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518612243 | +++ | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 518504925 | +++ | Freedom Mortgage Corporation, Attn Bankruptcy Department, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 519349769 | + | Matthew Fissel, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Mount Laurel, NJ 08054-1218 |
| 518504927 | | SST System & Services Technologies, PO Box 5493, Carol Stream, IL 60197-5493 |
| 518989784 | + | William M. E. Powers III, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | ^ | MEBN | Jan 15 2025 20:42:04 | Matthew K Fissel, BROCK & SCOTT, PLLC, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2025 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2025 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 15 2025 20:47:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518576002 | | Email/PDF: bncnotices@becket-lee.com | Jan 15 2025 21:00:52 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518504919 | + | Email/PDF: bncnotices@becket-lee.com | Jan 15 2025 21:01:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518504920 | + | EDI: BANKAMER | Jan 16 2025 01:32:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518599681 | + | EDI: BANKAMER2 | Jan 16 2025 01:33:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518504921 | + | EDI: CAPITALONE.COM | Jan 16 2025 01:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518564045 | + | EDI: AIS.COM | Jan 16 2025 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518504922 | + | EDI: CITICORP | Jan 16 2025 01:33:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2025 | Form ID: 3180W | Total Noticed: 35 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 518504923 | + EDI: CITICORP | Jan 16 2025 01:33:00 | Citibank/The Home Depot, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518504924 | EDI: DISCOVER | Jan 16 2025 01:32:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518516425 | EDI: DISCOVER | Jan 16 2025 01:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518601069 | EDI: JEFFERSONCAP.COM | Jan 16 2025 01:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518552962 | + Email/Text: SSTBKNotices@nationalbankruptcy.com | Jan 15 2025 20:47:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 518627391 | EDI: PRA.COM | Jan 16 2025 01:33:00 | Portfolio Recovery Associates, LLC, C/O BEST BUY, POB 41067, Norfolk VA 23541 |
| 518627394 | EDI: PRA.COM | Jan 16 2025 01:33:00 | Portfolio Recovery Associates, LLC, C/O The Home Depot, POB 41067, Norfolk VA 23541 |
| 518557809 | ^ MEBN | Jan 15 2025 20:41:31 | SST as servicing agent for CIGPF I POC, 4315 Pickett Road,, St. Joseph, Missouri 64503-1600 |
| 518504926 | Email/Text: enotifications@santanderconsumerusa.com | Jan 15 2025 20:48:00 | Santander Consumer USA, Attn Bankruptcy Dept, PO Box 560284, Dallas, TX 75356-0284 |
| 518548830 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 15 2025 20:48:00 | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 518545325 | + Email/Text: enotifications@santanderconsumerusa.com | Jan 15 2025 20:48:00 | Santander Consumer USA Inc., PO Box 560284, Dallas, TX 75356-0284 |
| 518508359 | ^ MEBN | Jan 15 2025 20:41:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518504928 | + EDI: SYNC | Jan 16 2025 01:32:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518504929 | + EDI: SYNC | Jan 16 2025 01:32:00 | Synchrony Bank/Rakuten, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 518504930 | EDI: WFFC2 | Jan 16 2025 01:33:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518603240 | EDI: WFFC2 | Jan 16 2025 01:33:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 15, 2025 | Form ID: 3180W | Total Noticed: 35 |
| Date: Jan 17, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Francis Landgrebe | on behalf of Joint Debtor Jane Erika Rojo Adovas flandgrebe@verizon.net r61604@notify.bestcase.com |
| Francis Landgrebe | on behalf of Debtor Paul Ryan Abrazaldo Adovas flandgrebe@verizon.net r61604@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com |

TOTAL: 10