Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–29210–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Paul Ryan Abrazaldo Adovas | Jane Erika Rojo Adovas |
| aka Paul RyanAbrazaldo Adovas | aka Janeerika Rojo, aka Jane Erika Rojo, |
| 387 Tarpy Drive | aka Janeerika R Adovas |
| Woodbury, NJ 08096–6039 | 387 Tarpy Drive |
| | Woodbury, NJ 08096–6039 |

Social Security No.:
  xxx–xx–9054                                        xxx–xx–3284

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 20, 2025</u>            <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court